UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYCIE MCKINNEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:21-cv-09255-KK<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of EIGHT THOUSAND EIGHT HUNDRED DOLLARS AND SIXTEEN CENTS ($8800.16) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 06, 2023       _____
　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-